# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

DEMAS WAI YAN          Debtor          Bankruptcy Case No.04-33526 TCJE

Chapter 7

JANINA M. ELDER.Trustee,          Plaintiff

v.                                    Adversary Proceeding No.

CHIUK TIN YAN          Defendants     **06 3156**
and TINA FOON YU YAN

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | U.S. Bankruptcy Court<br>P.O. Box 7341<br>San Francisco, CA 94120-7341 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Reidun Stromsheim<br>Stromsheim & Associates<br>201 California Street, Suite 350<br>San Francisco, CA 94111 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| United States Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104 | 23rd Floor<br>Date and Time<br>DEC 21 2006 @ 10:00AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.

**GLORIA L. FRANKLIN**

OCT 2 2006                    Clerk of the Bankruptcy Court
_____                    By: _____
    Date                          Deputy Clerk

Case: 06-03156    Doc# 6    Filed: 10/06/06    Entered: 10/06/06 14:35:19    Page 1 of 1