# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

DEMAS WAI YAN          Debtor          Bankruptcy Case No.04-33526 TCJE

Chapter 7

JANINA M. ELDER.Trustee,          Plaintiff

v.          Adversary Proceeding No.

CHIUK TIN YAN          Defendants          **06 3156**
and TINA FOON YU YAN

## SUMMONS AND NOTICE OF STATUS CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk | U.S. Bankruptcy Court<br>P.O. Box 7341<br>San Francisco, CA 94120-7341 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Reidun Stromsheim<br>Stromsheim & Associates<br>201 California Street, Suite 350<br>San Francisco, CA 94111 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| United States Bankruptcy Court<br>235 Pine Street<br>San Francisco, CA 94104 | 23rd Floor<br>Date and Time<br>DEC 2 1 2006 @ 10:00AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.

**GLORIA L. FRANKLIN**

OCT 2 2006          Clerk of the Bankruptcy Court
Date          By: _____ Deputy Clerk

REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JANINA M. ELDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DEMAS WAI YAN<br>aka Dennis Yan<br>SS # xxx xx 5968<br><br>    Debtor<br><br>JANINA M. ELDER, Trustee<br>    Plaintiff<br><br>v.<br><br>CHIUK TIN YAN<br>TINA FOON YU YAN<br><br>    Defendants | Case No. 04-33526 TCJE<br><br>Chapter 7<br><br><br><br><br>AP # 06-3156 |

**CERTIFICATE OF SERVICE**

    I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

**1.  SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING**

**2.  COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFER**

**3.  ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**

**4. BDRP INFORMATION SHEET**

on the following parties:

Chiuk Tin Yan
1433 7th Avenue
San Francisco, CA 94122

Tina Foon Yu Yan
1433 7th Avenue
San Francisco, CA 94122

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on October 6, 2006.

    /s/ Malreen Prasad
Malreen Prasad
Legal Assistant